IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRANDON NEELY,

    Plaintiff,

v.                           CASE NO. 5:13-cv-316-RS-GRJ

SGT. PARRA, et al,

    Defendants.
_____/

## ORDER

Before me is the January 7, 2015, Magistrate Judge's Report and Recommendation (Doc. 18). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Defendants' Motion to Dismiss (Doc. 14) is **GRANTED in part** and **DENIED in part**.

3. The official capacity claims against each Defendant are **DISMISSED**.

4. Defendants' motion to dismiss Plaintiff's Eighth Amendment claims against Defendants in their individual capacities is **DENIED**.

5. The clerk is directed to remand this case to the magistrate judge for further proceedings.

**ORDERED** on February 5, 2015.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**